06-5015-cr
USA v. Stewart et al.

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of November, two thousand and nine.

PRESENT:    John M. Walker, Jr.,
            Guido Calabresi,
            Robert D. Sack,
                *Circuit Judges.*

_____

United States of America,

*Appellee-Cross-Appellant,*

                                                    **ORDER**
    v.                                              Docket Number: 06-5015-cr (L)


Lynne Stewart, Mohammed Yousry, Ahmed Abdel Sattar,

*Defendants-Appellants-Cross-Appellees.*

_____

Appellant Lynne Stewart moves for "Reconsideration of Forthwith Surrender," and an emergency stay of forthwith surrender pending the resolution of this motion for reconsideration. Appellant Mohammed Yousry moves for an "immediate stay of [the Court's] Order directing the district court to order his forthwith surrender ...," and a stay pending further consideration of this motion. The Government has filed a memorandum in opposition to the motions together with a letter from the Federal Bureau of Prisons. Upon consideration,

IT IS HEREBY ORDERED that, based in part upon the assertions contained in the submissions of the Government, the motions are DENIED.


                        FOR THE COURT,


                        _____
                        Catherine O'Hagan Wolfe,
                        Clerk